UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK THOMPSON,

    Plaintiff,

v.                                                   CASE NO.:

MARCOS R. LOPEZ, in his official capacity as,
Osceola County Sheriff,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

    TO:    The Clerk of the Court
               United States District Court
               Middle District of Florida, Orlando Division

Please take notice that Defendant, MARCOS R. LOPEZ, in his official capacity as, Osceola County Sheriff ("Defendant"), by and through his undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446 and Local Rule 1.06, hereby files this Notice of Removal of Case No. 2020-CA-003165-OC, filed in the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida. In support of his Notice of Removal, Defendant states as follows:

    1.    On March 9, 2021, Plaintiff filed his Complaint in the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, Case No. 2020-CA-003165-OC.

2. The Complaint alleges claims for violation of the Florida Civil Rights Act ("FCRA") and the Employee Retirement Income Security Act ("ERISA"). *See* Compl. at ¶ 1.

3. The action described in Paragraph 2 of this Notice of Removal is a civil action and contains claims over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action where the Court has original jurisdiction over a claim arising under the laws of the United States (the ERISA claim) and this claim is joined with an otherwise non-removable claim (the FCRA claim) to which the Court has supplemental jurisdiction over pursuant to the provisions of 28 U.S.C. § 1367.

4. Defendant was served with process in the state court action on March 17, 2021, and as such, this Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06(b), a true and legible copy of the complete state court file is attached hereto as Exhibit A.

6. Pursuant to 28 U.S.C. § 1446(d), Defendant is serving a copy of this Notice of Removal on all adverse parties and filing a copy of this Notice of Removal with the Clerk of the Ninth Judicial Circuit, in and for Osceola County,

Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit B.

WHEREFORE, Defendant respectfully requests that this Court (1) take jurisdiction of this action and that this action be removed from the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, to this Court; (2) enjoin prosecution by Plaintiff in the state court proceeding; and (3) direct that the state court action shall proceed no further unless and until further order of remand is forthcoming from this Court.

Dated: March 26, 2021                                     Respectfully submitted,

/s/ Shannon L. Kelly
Shannon L. Kelly
Florida Bar No.: 031093
Email: skelly@anblaw.com
ALLEN, NORTON & BLUE, P.A.
1477 W. Fairbanks Ave., Suite 100
Winter Park, FL 32789
Telephone: (407) 571-2152
Facsimile: (407) 571-1496
*Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 26, 2021, a true and correct copy of the foregoing Notice of Removal was served via U.S. MAIL to: Alfred Truesdell, Esq., Truesdell Law, 3521 Tyngsbourgh Drive, Deland, FL 32720.

*s/ Shannon L. Kelly*
Attorney
